U.S. DISTRICT COURT
DISTRICT OF NH

2019 SEP 17 AM 10: 14

FILED

UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH                      Docket #

Natasha DeLima

v.

Google, Inc & Twitter
    Defendants

**Complaint for Virtual Property Rights Violations, 17 U.S.C. § 101, Violations of Antitrust Laws & the Sherman Act, Hacking, Account Tampering, Censorship, Title V11 Civil Rights Violations, Theft of Google Domain, Unpaid Earnings, Tort Law IIED (Intentional Infliction of Emotional Distress) Fake Profile removed, right to be forgotten, Tort Law for Defamation 28 U.S. Code § 4101, HOSSEINZADEH v. KLEIN – Ruling case on Virtual Property Rights**

Demand for Jury Trial

Jurisdiction is based on the diversity of Citizenship

This complaint is based on internet abuses to Google Owned Websites, Google Browser, YouTube, Inc., and BlogSpot, Inc. for ignoring the law pertaining to virtual property rights, and their ownership. **HOSSEINZADEH v. KLEIN**

1. The Plaintiff, Natasha DeLima is a resident of the USA, 192 Roxbury St 31 Keene NH 03431.

2. The Defendants companies reside w/ headquarters in the USA, in California. Google, Inc. 1600 Amphitheatre Parkway in Mountain View, Santa Clara County CA Twitter 1355 Market St. #900, San Francisco CA 94103

3. The Parent Company Google has admitted that they do indeed tamper with algorithms, content, views, subscriber count, etc. for the company YouTube. They also tamper with their own web browser, to actually hide articles and they have named themselves the "gatekeepers" of what information they want the public to access. In their quest to alter reality and hide real numbers, and owner's actual virtual property, they indeed employ people to go in and falsify algorithms.

(

4. The Plaintiff owns 2 Google Domains, Google hacked her domain, & used it to cyberstalk the Plaintiff.  The Plaintiff is the rightful owner of these domains, but Google is threatened by her popularity since 378,000 people viewed her content in 6 months, so they have left her domain disconnected and they cannot.  They also have embezzled monetization from her newer domain, and hidden the actual view count.   *Google, Twitter, YouTube Etc are not targeting "hate speech" they are violating users whose speech they hate.*

   Virtual property rights explained here
   https://natashanews18.blogspot.com/2019/02/virtual-property-rights-explained.html

5. Google has "frozen" the Plaintiff's YouTube channels, not adding legitimate views, or subscriber count.  They deleted 2,000 subscribers at once.  Views are manually deleted.  From 2018 – present, the Plaintiff does not have any "new subscribers" or any accurate video view counts.  Google has been caught by an undercover investigator that admitted Google does this to millions of channels, and people.

   https://www.breitbart.com/tech/2019/06/24/project-veritas-google-exec-decries-trumps-election-how-do-we-prevent-it-from-happening-again/

6. Google has blacklisted the Plaintiff, denies her lawful earnings. If they pay $1,200 for a month, the next month, they cut that in half, then gradually reach $1,000 again, and the next month, cut it again, depriving all owners their rights to the money their channel earns.  Channels grow & earn more, but YouTube and Google hack & try to reverse that so that people don't see channel popularity and growth.  Google has frozen her 3rd channel so no views show at all.
   https://www.youtube.com/user/Natasha78d
   https://www.youtube.com/channel/UCUlmdIE04AewC-IvBFrgJDw
   https://www.youtube.com/channel/UC1YcjqaBqLujOo3aVohrPhA

7. Her channels Natasha78d and Natasha V have been in perfect standing for 7+ years.  YouTube consistently "changes the terms" which is illicit discrimination.  They have black listed people refusing to allow them to earn "internet revenue".  Conservative channels are not given conservative advertisers.  On her channel they have posted abortion ads for Planned

2

Parenthood. Advertisers will advertise anywhere, when Epstein was killed, even Yahoo news posted ads for all brands, as well as AOL. YouTube is lying and trying to make sure Conservatives are denied a way to earn a living.

YouTube embezzles revenue even when they flag and delay allowing a video to be approved. Google cannot have it both ways. Google is a private company, subject to all anti-discrimination laws, but they do discriminate against the majority of the channels. If they became a public utility, they also would have to distribute earnings equally, and not based on their own biases. No one is holding them accountable, and thus they get bolder and bolder in their abuses to channels. Bottom Line, - they owe us what we earn.

8. Tweets are hacked, they delete notifications, when they cannot legally have a hacker inside accounts and destroying the people that want to converse with each other. Again, they are not eliminating "hate speech", just "speech they hate". The Plaintiff does not receive notifications. Twitter fears her popularity is a worldwide threat & won't let her followers accrue, subtracting them every day. @Natasha78d is targeted by the hour. When she started on another web site Parler, (@Natasha) that does not censor content, she got 3,800 followers in a week and hundreds of notifications. It affirms that hacking and stalking that Twitter does engage in. They have also shadow banned her account far worse than previously, and try to limit who can see her content at all. When it states that she has 10 or 20 notifications, she can only see 2 or 3 of them.

9. The law protects all of this, but is being ignored. The courts must adhere to the laws to protect safe internet usage. These sites create an immeasurable amount of distress, force users to unacceptable terms, and then web sites go violate users after they sign. These owners seek to diminish work of people they disagree with, they seek to make them feel vulnerable and unpopular, when in fact they are popular and earning millions for Google. They are unlawfully banned.

10. The Plaintiff has a right to have her fake profile removed, which Google themselves have manipulated and created, and allowed the Plaintiff to be falsely described. Google aided in the blackmailing.

3

11. Twitter has tried to give her false reasons to shut down her account, in August 2019, they tried to force her to remove a lawful comment to CNN's Jim Acosta, in which she replied to his own words. They told her to "remove her comment" or she would be suspended. She wrote back (exh) and stated that her lawful comment was a response to his own words, and she would not remove her tweet. Twitter removed her tweet, and has kept her locked out of her account, and they closed 2 other accounts as retaliation, and still in September, 3, 2019, have left her locked out of @Loveeveryone88, The Plaintiff is shadow banned on every account she has, and they un-follow her following, pure evil and harassment, which they continue to do, despite lawsuits.

12. YouTube has to restore the Plaintiff's account, and allow it to show its actual audience. The reality is that she was a pioneer account back in 2012, and while they have allowed certain audiences to grow and show additional subscribers, and video viewings, they have done the opposite to the Plaintiff, their intent to hide her actual popularity. All parties are ignoring the ruling case on virtual property laws, and they are trampling over those laws, to be deemed "lawless" and threaten anyone that attempts to rectify this issue.

13. Google, Twitter, & other web sites have faced legal consequences for their illicit behavior with many more to come. .
https://www.cnet.com/news/google-could-pay-up-200m-to-settle-ftc-investigation-into-youtube-report-says/
https://twitter.com/ClintEastwoodLA/status/1167174723312214016

https://www.globalresearch.ca/social-media-is-a-tool-of-the-cia-facebook-google-and-other-social-media-used-to-spy-on-people/5606170

Dr. Robert Epstein just exposed Google Bias, and how the 2016 Election was tampered with. This bias is illegal, and criminal, and also explains everything in the Plaintiff's complaint, as they have targeted multiple Conservative accounts, and engaged in illicit activity with all of that virtual property.
https://www.theepochtimes.com/googles-power-to-shift-elections-zachary-vorhies-greg-coppola-and-dr-robert-epstein_3053500.html

14. When the Plaintiff reposted from Dr. Epstein's own account, Twitter deleted the people that like and retweeted it from the Plaintiff's account, and they cannot do this. They tried to hide this article and the Plaintiff's following seeing it from her account.
https://twitter.com/Natasha78d/status/1164213855251075073

Twitter never ceased their illicit censorship, even at the level of the US President, https://www.youtube.com/watch?v=DCNu2W5PcO0&feature=youtu.be

A Google Whistleblower turns over 900 pages of evidence of their bias
https://saraacarter.com/exclusive-google-insider-turns-over-950-pages-of-docs-and-laptop-to-doj/

YouTube fine
https://www.foxnews.com/tech/youtube-to-pay-massive-170m-fine-as-it-settles-claims-it-violated-childrens-privacy-laws

YouTube's removal list
https://youtube.googleblog.com/2019/09/the-four-rs-of-responsibility-remove.html

https://www.breitbart.com/tech/2019/09/03/youtube-celebrates-censorship-boasts-100000-videos-banned-for-hate-speech/

CAUSES OF ACTION

15. First Cause of Action is that even private companies cannot "fake" "hate speech" for speech they hate, and then delete anyone's content. This is against Civil Rights, V11, the Sherman Act, and Fair Use laws, 28 US Code S 4101 ,IIED, compensation for emotional distress.

16. Second Cause of Action is that Google, cannot disconnect the Plaintiff's domain, http://www.natashanothingbutthetruth.com/ which she owns & renews every October. They owe her compensation for destroying her work, & then libeling her name. Under IIED & 28 US Code S 4101 **HOSSEINZADEH v. KLEIN. Emotional Distress,**

17. Third Cause of Action. Google owes the Plaintiff for her 2nd domain, https://natashanews18.blogspot.com/ for keeping the monetization she earned,

5

hiding the people that go into that blog, and failing to allow her earnings. Via **HOSSEINZADEH v. KLEIN**

18. Fourth Cause of Action – YouTube owes the Plaintiff all of her earnings from 2018 and 2019, & her right to use monetization without harassment. & restore her accounts in full , Sherman Act, **HOSSEINZADEH v. KLEIN, 1st Amendment**

19. Twitter must cease and desist their account hacking, and deleting notifications and followers, and they owe her compensation for all that they continue to do on her virtual property, and what is against civil rights V11, and Virtual Property rights. **HOSSEINZADEH v. KLEIN, Sherman Act,**

20. Google must remove the Fake Profile, & all links that demean her character. Even in the UK, this is illegal, and against the tort law, of Slander, Defamation, and Libel, as well as IIED & 28 US Code S 4101  Google cannot take information they know is false and "blackmail" and continue to post on their web site browser. civil rights V11, and Virtual Property rights. **HOSSEINZADEH v. KLEIN, Sherman Act,**

    Google loses right to be forgotten case
    https://www.bbc.com/news/technology-43752344

**RELIEF**

**Relief should be granted based on the massive violations of all listed Federal laws, 17 U.S.C. § 101, Violations of Antitrust Laws & the Sherman Act, Hacking, Account Tampering, Censorship, Title V11 Civil Rights Violations, Theft of Google Domain, Unpaid Earnings, Tort Law IIED (Intentional Infliction of Emotional Distress) 28 U.S. Code § 4101**

21. The Plaintiff seeks 18 M From Google for YouTube, BlogSpot & A Fake Profile She seeks $5M from Twitter abuses

    The Plaintiff seeks a court order that if her accounts are not restored, that she be paid daily sanctions.

Signed, Natasha DeLima

