UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH                              Docket # 19-fp-978

Natasha DeLima
v.
Google, Inc. & Twitter
        Defendants

PLAINTIFF'S SUR REPLY TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S OBJECTION TO PRO HACK VICE ATTORNEY RYAN MZARICK
PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

The Plaintiff is responding to Defendant's Motion to Dismiss on his boiler plate response to the claims against the Defendants.  The Plaintiff never even got a "first bite at the apple" in this matter due to compromised judges and SCOTUS.  It was revealed when SCOTUS was asked to perform their duty as a "Constitutional judge, bound by the rule of law in the USA, Chief Justice Roberts was heard "yelling" about the decision to perform a task that was and is his duty, and remains that way, despite his refusal to do it and to force other justices to refuse to perform their own duties.

The Plaintiff's "first bite" was refused for the same reason – compromised judges that refused to adhere to the Constitution and address a brave patriot that dared sue these "big tech" criminals.

Introducing "new facts" because the tie in to all of the Plaintiff's claims explain the 2017 failure of the court do their jobs, and to adhere to the rule of law.  Since the Attorney pointed out that these Defendants are not state actors, they cannot in fact, deny speech on the Plaintiff's virtual property.  They cannot alter their terms to word it as something else.

One of the ugliest cases in USA history https://famous-trials.com/falwell Falwell V Larry Flint (and the Plaintiff detests porn) but the case determines 1st Amendment rights that have not been altered over decades.

1. That case is still a ruling case on defamation, libel, slander, and free speech.  It was ruled in favor of the vulgar Defendant, and told the Plaintiff Jerry Falwell, that he had to suck it up and get over it.  As hard as it was to process in the 1980's, that is the power of the 1st Amendment.

2. There is NO ability to censor, delete, or invent terms to YouTube that prohibit or alter "free speech".  YouTube or Google do not get to delete pro-life, anti-abortion content, or facts about pedophilia that embarrass them and people involved in child trafficking.

3. Further they do not get to delete channels that provide facts and data that they do not like including election results.

4. All of their draconian terms are not lawful, either as a publisher, or a private company, because they delete and terminate free speech.  They have used compromised judges, especially in CA, to "invent" and "rig" cases, based on abuses of the Constitution intentions.  The Defendants chose to have worldwide access to their company, and website, based in CA.  Federal laws then determine their jurisdiction, NOT CA law, or state laws.  The Plaintiff's virtual property is HOUSED in their website, but she is a resident of NH.  The prior case went all of the way to the rigged SCOTUS from NH, not CA.  The reason they are so desperate now, is that the Plaintiff is correct, and NH corruption and SCOTUS corruption ignored her pleas, and content in the first case, to which Ryan Mzarik is a witness and now cannot be protected by signing on again as at ATTY, otherwise the Plaintiff would not object.  Ryan failed to even file his paperwork property and defaulted Twitter in the first case, he also saw the other defaults that were ignored by the rigged system and the Plaintiff's status as a Pro-Se person, and that bias by the courts.  Ryan cannot be entered in as a way to infiltrate and deliver influence again in this matter, the Plaintiff intends to call him as a witness.

5. The Court cannot dismiss a case that is legitimate in order to block discovery, which further validates the claims of the Plaintiff, and in this case, the effort is to never allow the documents needed to provide the CONTRACT between the Plaintiff and the Defendant Google to prove unpaid revenue from that contract and theft of those earnings to the court.  The Plaintiff uploaded screen shots of her "contract" with Google, terms which they set up with her and others and then stole those earnings vs. pay them to her under the contract, thus she sued for

Breach of Contract which is still happening today.  See screen shots here:  https://natashanh2024.blogspot.com/2020/05/lawsuit-against-google-youtube-twitter.html

6.  The Defendant made stipulations that virtual property owners must have 1000 subscribers and then could be approved for monetization, and then they verified deposit account and had signatures to approve monetization.  THEY set this up and offered it and have embezzled it and not paid channel owners.  They have not paid the 68% to the Plaintiff and many others, they owe it, have continue to owe, and then continue to steal it.  They have also started to delete those records of the "all time" payments, which they are obligated by law to preserve and make accessible because all records have to be preserved for 7-10 years by law.  Now they are only allowing for the past 3 years, which is against tax laws.  The Plaintiff cannot even get her entire history, since YouTube has blocked it for anyone to access any longer.

7.  The Defendants Google and Twitter have been subject to fines, and additional lawsuits, the Plaintiff is finally not alone.  She led in this fight, taking these criminal and civil violations of the Defendants, since she knew what they were doing, and the court system, bias, and a corrupt SCOTOS prevented her ability to receive a lawful ruling that would have upheld her virtual property rights, and there was no Constitutional judge that would stand up for the millions of users, the law and their rights, and the Plaintiff filed under even more powerful statutes, the violations this time are even more blatant, and the embezzlement of her contracted monetization continues.  The Defendant CANNOT entrap any virtual property rights owners that are due monetization and 68% and then lock them out of their property, run adds on their original work, and deny them payment.  The terms of 68% are grandfathered in to the Plaintiff's contract and terms, and are not "changeable" unless the Plaintiff signs a new contract.  She has not.  The court cannot deny her own contract and refuse to order that the Plaintiff's pay her the 68% she is due.  The Defendants cannot destroy her analytics and actual channel traffic, and alter the monetization statistics to erase her own traffic and revenue due her to underpay and keep her earnings.

8. Attorney Jonathan Eck should be concerned that his own client adhere to the contract to which they owe the Plaintiff earnings,  He also needs to operate without trying to influence the court,  in the first hearing he falsely told a federal judge that he believed , without evidence that the Plaintiff was "recording" him.  Fear does not excuse falsely accusing someone of a federal crime and is not lawful behavior.  In fact, if Jonathan Eck learned correctly, falsely reporting a crime = a crime.  He cannot proceed in this case by smearing the Plaintiff, falsely accusing her when she has never committed a crime, and his own actions, which are enabling his client to commit acts which are illegal, and criminal, and actually election rigging as this case goes on are his own need to spend a retainer, vs. lawfully resolve the Plaintiff's claims.  His only concerns are influencing the court with a corrupt law firm, Perkins Coie, moving a case which is lawfully filed in federal court in NH because the Plaintiff is a resident here, and CA cannot legally hold fake jurisdiction over a company that offers service worldwide and many lawsuits are filed in other federal courts as they should be, if a Plaintiff lives in any of the other 49 states to California.   There is no need for "overbilling" and adding attorney's to a single Plaintiff case and double billing, it's merely a tactic to influence.  An attorney cannot be both a witness and an attorney, in this case, Ryan Mzarik is a witness.

Attorney Eck did not address the fact that multiple similar channels to the Plaintiffs have been deleted, and he cannot even give an answer, since it affirms her claims in this case.  The Defendant CANNOT be terminating channels and lawful content.  They cannot rewrite their terms of service as a "Private Company" since they are bound by the 1st Amendment and the Constitution. Their continued abuses, despite 2 lawsuits, and many others now, prohibit their abusing and weaponizing their website to actually distribute false one sided information, and delete truth that offends them or people they know.  IN a democracy, and a republic they have to allow for 1st Amendment.

They have violated Anti-Trust laws and many cases contain that allegation, since it is in fact true.  Forefathers had foresight to greed and abuse of power, not even imagining one day, it would reach the depths of the internet only to be affirmed in a global way.

The Plaintiff seeks oral argument, and or amending the case if needed.  The Defendant lacks standing for a dismissal on the basis that the claims are in fact a violation of the Sherman Act, Breach of Contract, and 100% violation of the 1st Amendment.  The court destroyed the Plaintiff's "first bite" despite her winning that case by default, 2 times in the initial case, and on appeal, and corruption is what created a need for the 2nd case, not the Plaintiff's case itself.  The court tries to "blame" people seeking to preserve 1st Amendment, Freedom and Free Speech and they are acting as a 3rd party to corruption, not an impartial enforcer of the rule of law, and the Constitution.   IN this matter, since the case involves both civil and criminal actions, the Plaintiff is proceeding in accordance with the Constitution, which allows her "her day in court".  And to call for discovery, in which records, her contract with the Defendant Google, analytics, payments, records of others that had or have similar channels, tracking of the subscribers to her channel, traffic into her channels, and so on, and those things are what the Defendant fears, and will resist providing, since they incriminate the Defendant 100% and prove the allegations of the Plaintiff.  When someone has nothing to hide, they hide nothing.   The court has acted as a 3rd party preventing access to these records, and cannot.  It is time now to act legally, and rectify the situation for the Plaintiff and millions of users.  The court cannot be a 3rd party, so when the Plaintiff wrote that she hopes for justice that is what she means.  Corruption cannot be allowed to continue to destroy the last set of freedoms we have left, which is to find a place on the internet, where we function with likeminded people and choose to interact.   NO one forces anyone to watch or join or subscribe to any channel, they have the option to avoid content they do not like, much as you can say Hi, or not say hi to anyone in public.   The court cannot aid and abet the Defendants to weaponize the internet and they have been.

Legally, this claim survives a Motion to Dismiss since the Defendants cannot discriminate and they are.  Defendant Twitter has illegally shadowbanned all content from the Plaintiff and others, and actually deleted her own 1st Amendment tweets, they have in large scoops at the click of a button, gone in and deleted her following, since 2015.  This is hacking and theft of her own virtual property.  They have prevented her tweets from even reaching recipients, they cannot.

Defendant Google is operating in violation of The Antitrust laws and might even lose their 230 protections.  This is their own doing, nothing to do with the

Plaintiff.  The court's failures in this state and many states have allowed the Defendants to abuse their power so much, that Twitter has locked out the first son – Donald Trump Jr, and the US Press Sectary, from their own accounts, and they cannot.  (that data is listed on the Plaintiff's blog exhibit https://natashanh2024.blogspot.com/2020/05/lawsuit-against-google-youtube-twitter.html )

The court has to allow the Plaintiff access to discovery  and her rights to earn own contracted earnings, they do not get to state that the Plaintiff is not entitled to her revenue when she is.

Facebook CEO Mark Zuckerberg invested 500M or so in order to "effect the outcome" and censor ads from the Trump campaign for re-election.  While these issues may appear "new" they are also an explanation about what happened to case #1 of the Plaintiff, SCOTUS and their 3rd party ties failed the Plaintiff and the entire world.  Had they ever done their job as she bravely took on big tech, despite their blackmail tactics, we would never be here now.  The fact that the Defendant still has a "blackmail" hold on courts, judges, and their attorneys, needs to change and be fixed.  And this time is NOW.

The Defendant neither time has ever offered to settle this matter, or to rectify it, they depend on corrupted 3rd party decisions to just enrich them further, without conscious, since no one has gotten consequences to date.  Things are changing, and the Plaintiff seeks a simple resolve, not the millions she has sued for.  The point of the damages is to restore her property and compensate her for her own earnings, and to save the country from eliminating alphabet letters, which leads to more letters, which leads to the ultimate prevention of the internet to even function, since over 81 Million people ARE their base, with a right to speak on the platform  The internet is so controlled that they even try to destroy new sites that are created, where they don't want to lose access to people they can't spy on, and stalk.  Internet freedom is essential for the world to survive, and any particular people don't OWN the internet, but they are trying to, and to destroy the individual property right owners.

A private company is BOUND by the 1st amendment, Atty Eck claims the Plaintiff's claims fail because of that, they in fact survive as claims because of that.  The Defendant is only a private company, and cannot harass and shut people out of its

population by severing their rights to their property.  They are liable for speech they delete, lock, sever, or prevent from tampering w/ the "doorway" to have access.  The Defense has no argument other than corrupt rulings from 3rd party actors that bypassed the Constitution and invented terms that do not apply, and do not actually stand, they just get recycled case after case, and when appealed to a corrupt SCOTUS, they refuse to hear them and reverse the unlawful rulings.

The Plaintiff would like to resolve this matter in NH Federal court, at this time, without appeals, and requests that the lawful thing be done.  The case has merit, and it should be allowed and settled, rather than tried.  Trying this case, would mean the Plaintiff subpoenas Perkins Coie, Ryan Mzarik to his past actions and emails and his own default of Twitter.  It affirms court corruption and mistreating the Plaintiff as a Pro-Se litigant and failing to rule under the Constitution.  It will affirm that the Plaintiff tried to settle this matter before and Perkins Coie failed and enabled their client to evade the law.  This is not a case where the Defense can win legally, they have to depend on illicit rulings and the world is watching, they were last time.  The reason the Plaintiff put a case into the DOJ, is that it's that serious and that criminal.

The best case is a settled one, and despite the country targeting Lin Wood, and Sidney Powell (and always the Plaintiff) for their efforts to preserve freedom, the Constitution and the rule of law, against tyranny, the evidence is finally out there since the 2020 election WHY no one has fixed these Defendants in the past, and WHY SCOTUS has refused to do their job.  This case needs to be resolved once and for all.

Signed 12/21   /s/  Natasha Athens

Certificate of Service to Jonathan Eck, and Ryan Mzarik